UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

COREY WATSON,   Case No. 17-cv-790-pp

    Plaintiff,

v.

COMBE, INC.,

    Defendant.

---

**ORDER DISMISSING CASE**

---

On March 8, 2018, the court held a hearing on the defendants' motion to dismiss the federal claims in the complaint. Dkt. No. 18. The court granted that motion, and ordered that if the plaintiff wished to amend his complaint to try to state a valid federal cause of action, he must do so by the end of the day on April 9, 2018. <u>Id.</u> The court advised the plaintiff that if he did not file an amended complaint stating a federal claim by day's end on April 9, 2018, the court would dismiss the case for failure to prosecute under Civil L.R. 41.

The plaintiff has not filed an amended complaint, and the April 9, 2018 deadline has passed.

The court **ORDERS** that the case is **DISMISSED WITHOUT PREJUDICE**

for lack of diligence under Civ. L.R. 41(c) (E.D. Wis.). The court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 10th day of April, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**